UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK DANIEL FACINELLI,<br><br>Defendant. | CR 21-30008<br><br>REDACTED INDICTMENT<br><br>CONSPIRACY TO DISTRIBUTE A CONTROLLED SUBSTANCE<br><br>21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B) |

The Grand Jury charges:

Beginning at a time unknown to the Grand Jury but no later than on or about the 1st day of October, 2020, and continuing to on or about the 2nd day of November, 2020, in the District of South Dakota and elsewhere, the defendant, Frank Daniel Facinelli, did knowingly and intentionally, combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B).

A TRUE BILL:

**NAME REDACTED**
Foreperson

Case 3:21-cr-30008-RAL   Document 1   Filed 02/08/21   Page 2 of 2 PageID #: 2

RONALD A. PARSONS, JR.
United States Attorney

By _____